## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**Holding a Criminal Term**
**Grand Jury Sworn in on August 1, 2024**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 24-CR-00574 (BAH)** |
| | : | |
| v. | : | **VIOLATIONS:** |
| | : | **18 U.S.C. § 922(g)(1)** |
| **BRANDON D. SMITH,** | : | **(Unlawful Possession of a Firearm and** |
| | : | **Ammunition by a Person Convicted of a** |
| **Defendant.** | : | **Crime Punishable by Imprisonment for a** |
| | : | **Term Exceeding One Year)** |
| | : | |
| | : | **18 U.S.C. § 933(a)(3)** |
| | : | **(Conspiracy to Commit Trafficking in** |
| | : | **Firearms)** |
| | : | |
| | : | **FORFEITURE:** |
| | : | **18 U.S.C. § 924(d), 21 U.S.C. § 853(p) and** |
| | : | **28 U.S.C. § 2461(c)** |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about October 26, 2024, within the District of Columbia, **BRANDON D. SMITH,** knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia, Criminal Case Nos. 2014-CF3-021721 and 2013-CF3-004887, did unlawfully and knowingly receive and possess a firearm, that is, a Glock Model 19x, 9mm semi-automatic firearm, and did unlawfully and knowingly receive and possess ammunition, that is, 9mm ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT TWO

On or about November 30, 2023, within the District of Columbia, **BRANDON D. SMITH**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia, Criminal Case Nos. 2014-CF3-021721 and 2013-CF3-004887, did unlawfully and knowingly receive and possess a firearm, that is, a black Glock G22 Gen4 .40 caliber firearm, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT THREE

On or about December 12, 2023, within the District of Columbia, **BRANDON D. SMITH**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia, Criminal Case Nos. 2014-CF3-021721 and 2013-CF3-004887, did unlawfully and knowingly receive and possess a firearm, that is, a black Walther P99 9-millimeter firearm, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT FOUR

On or about January 10, 2024, within the District of Columbia, **BRANDON D. SMITH**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia, Criminal Case Nos. 2014-CF3-021721 and 2013-CF3-004887, did unlawfully and knowingly receive and possess a firearm,

that is, a black Stoeger STR-9C 9-millimeter firearm, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT FIVE

On or about May 30, 2024, within the District of Columbia, **BRANDON D. SMITH**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia, Criminal Case Nos. 2014-CF3-021721 and 2013-CF3-004887, did unlawfully and knowingly receive and possess a firearm, that is, a Glock 22 semiautomatic firearm, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT SIX

Beginning on or about November 30, 2023, and continuing through at least on or about June 13, 2024, within the District of Columbia and elsewhere, **BRANDON D. SMITH**, and co-conspirators not indicted herein, who are known and unknown to the Grand Jury, did knowingly and willfully combine, conspire, confederate, and agree with each other to traffic firearms by agreeing (1) to ship, transport, transfer, cause to be transported, or otherwise dispose of firearms to another person, in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm that other person would constitute a felony and (2) to receive from another person, in or otherwise affecting interstate or foreign commerce, firearms, knowing or having reasonable cause to believe that such receipt would constitute a felony.

3

### Goal of the Conspiracy

It was the goal of the conspiracy that **BRANDON D. SMITH** and others would locate firearms, acquire those firearms, and then sell them to other individuals who were prohibited by law from possessing firearms.

### The Manner and Means Used to Achieve the Objectives of the Conspiracy

The manner and means by which this conspiracy was carried out included the following:

1. It was part of the conspiracy that **BRANDON D. SMITH**, who has at least one prior felony conviction, would obtain firearms and advertise their availability.

2. On at least some occasions, **BRANDON D. SMITH** would seek out specific types of firearms at the request of potential purchasers.

3. **BRANDON D. SMITH** and his co-conspirators would arrange for the acquisition and sale of firearms.

4. **BRANDON D. SMITH** and his co-conspirators would then meet with potential purchasers, such as Individual-1, and sell the firearms in exchange for cash.

### Overt Acts in Furtherance of the Conspiracy

In furtherance of the conspiracy, and to affect the objects thereof, **BRANDON D. SMITH** and his co-conspirators, both known and unknown to the Grand Jury, committed, or caused to be committed, the following overt acts in the District of Columbia and elsewhere, using the manner and means outlined above.

1. On or about November 27, 2023, **BRANDON D. SMITH** called Individual-1 and advertised a firearm for sale.

4

2. On or about November 28, 2023, **BRANDON D. SMITH** spoke to Individual-1 by phone and agreed to meet in-person at a parking lot in the 2300 block of Good Hope Court Southeast, Washington, D.C.

3. On November 30, 2023, **BRANDON D. SMITH** met Individual-1 at a parking lot in the 2300 block of Good Hope Court Southeast, Washington, D.C.

4. On November 30, 2023, **BRANDON D. SMITH** sold Individual-1 a firearm in exchange for cash.

5. On November 30, 2023, **BRANDON D. SMITH** indicated to Individual-1 that he could acquire additional firearms to sell to Individual-1.

6. On December 12, 2023, **BRANDON D. SMITH** met Individual-1 at a parking lot in the 2300 block of Good Hope Court Southeast, Washington, D.C.

7. On December 12, 2023, **BRANDON D. SMITH** sold Individual-1 a firearm in exchange for cash.

8. On November 30, 2023, **BRANDON D. SMITH** indicated to Individual-1 that he could acquire additional firearms to sell to Individual-1.

9. On January 10, 2024, **BRANDON D. SMITH** met Individual-1 at a parking lot in the 2300 block of Good Hope Court Southeast, Washington, D.C.

10. On January 10, 2024, **BRANDON D. SMITH** sold Individual-1 a firearm in exchange for cash.

11. On May 10, 2024, **BRANDON D. SMITH** met Individual-1 at a parking lot in the 2300 block of Good Hope Court Southeast, Washington, D.C.

12. That same day, SMITH also arranged for **CO-CONSPIRATOR 1**, a firearm supplier, to meet with him and Individual-1.

13.    On May 10, 2024, **CO-CONSPIRATOR 1** sold Individual-1 two firearms in exchange for cash.

14.    On May 16, 2024, **BRANDON D. SMITH** met Individual-1 at a parking lot in the 2300 block of Good Hope Court Southeast, Washington, D.C.

15.    That same day, **BRANDON D. SMITH** also arranged **CO-CONSPIRATOR 1** to meet with him and Individual-1.

16.    On May 16, 2024, **CO-CONSPIRATOR 1** sold Individual-1 three firearms in exchange for cash.

**(Conspiracy to Commit Trafficking in Firearms**, in violation of Title 18, United States Code, Section 933(a)(3))

**FORFEITURE ALLEGATION**

1.    Upon conviction of the offense alleged in Count One of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to a Glock Model 19x, 9mm semi-automatic firearm and 9mm ammunition.

2.    If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(a)    cannot be located upon the exercise of due diligence;

(b)    has been transferred or sold to, or deposited with, a third party;

(c)    has been placed beyond the jurisdiction of the Court;

(d)    has been substantially diminished in value; or

(e)    has been commingled with other property that cannot be subdivided without difficulty;

6

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

      **(Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:

FOREPERSON.

*Edward C. Martin /pro*

Attorney of the United States in
and for the District of Columbia

7